

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS OCAMPO | No. **18CR 012**<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE COLE** |

The SPECIAL DECEMBER 2016 GRAND JURY charges:

On or about July 25, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

JESUS OCAMPO,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus Model PT 92 9 millimeter semiautomatic pistol, bearing serial number TEX47356, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

FILED

JAN -9 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2016 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus Model PT 92 9 millimeter semiautomatic pistol, bearing serial number TEX47536, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY